UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOEL CURIEL,<br><br>　　　　Defendants. | 3:15-CR-0024-RCJ-VPC<br><br>**ORDER** |

On April 24, 2015, the defendant was ordered released on a personal recognizance bond with conditions when a bed becomes available at the New Frontier Treatment Center (#17).

On April 27, 2015, the Pretrial Services Officer advised the Court a bed will be available for the defendant on April 28, 2015.

Therefore, the defendant shall be released from custody at **10:00 a.m.** on **Tuesday, April 28, 2015**, to the custody of the Federal Public Defender.

**IT IS SO ORDERED.**

DATED: April 27, 2015

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE